UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF M N M BOATS, INC. AS OWNER OF THE VESSEL *M/V MS. ISABELLA ROSE* AND C&G BOATS, INC. AS CHARTERER FOR EXONERATION FROM OR LIMITATION OF LIABILITY | § CIVIL ACTION NO.: <br> § <br> § <br> § JUDGE: <br> § <br> § MAGISTRATE: |

**VERIFIED COMPLAINT FOR
EXONERATION FROM OR LIMITATION OF LIABILITY**

NOW INTO COURT, through undersigned counsel, comes M N M Boats, Inc. as owner of the vessel *M/V Ms. Isabella Rose* and C&G Boats, Inc. as Charterer of same (hereinafter "Petitioners"), and petitions this Court for exoneration from or limitation of liability, civil and maritime, pursuant to Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, and 46 U.S.C. §30501, *et seq.*, as follows:

I.

At all relevant times, Petitioner M N M Boats, Inc. was and is a Louisiana corporation duly organized and existing under the laws under the State of Louisiana, with its principal business office located in the Parish of Lafourche, and was and now is the owner of the vessel *M/V Ms. Isabella Rose*.

II.

Petitioner C&G Boats, Inc. was and is a Louisiana corporation duly organized and existing under the laws under the State of Louisiana, with its principal business office located in the Parish of Lafourche, and at all relevant times was the charterer of the vessel *M/V Ms. Isabella Rose*.

III.

At all times *M/V Ms. Isabella Rose* was and is a documented vessel of the United States, bearing official number 1090253.

IV.

At all times, M N M Boats, as owner and operator of the vessel, used due diligence to make the *M/V Ms. Isabella Rose* seaworthy and the same was and is tight, staunch, strong, equipped, manned and supplied, and in all respects seaworthy and fit for the service for which it was engaged.

V.

On or about February 23, 2020 in the Gulf of Mexico off the coast of Louisiana at or near East Cameron Block 335-A, the *M/V Ms. Isabella Rose* was providing marine transportation pursuant to various contractual agreements including but not limited to a Master Time Charter Agreement between C&G Boats, Inc. as Charterer and M N M Boats, Inc., the owner and operator of the *M/V Ms. Isabella Rose*.   M N M Boats, Inc. also employed the vessel's crew.

VI.

On February 23, 2020, Rolando Lopez, an employee of Quality Construction & Production, LLC alleges that as he walked to enter the galley aboard the vessel, he slipped on a slick surface of a step and fell, sustaining personal injuries and damages.

VII.

No officers or managing directors of Petitioners were on board or in the vicinity of the *M/V Ms. Isabella Rose* at the time of the incident described above.

VIII.

Petitioners deny that they or the *M/V Ms. Isabella Rose*, or any other persons or property for whom or for which Petitioners may be responsible, are liable to any extent in the premises. Petitioners and *M/V Ms. Isabella Rose* claim exoneration from all liability for all losses, damages, injuries, death and/or destruction incurred by reason of the matters aforesaid. In the alternative, and in the event Petitioners and/or *M/V Ms. Isabella Rose* should be held responsible by reason of the matters hereinabove set forth, which are denied, Petitioners claim the benefits of the Limitation of Liability Act provisions set forth in 46 U.S.C. §30501, *et seq*. and all laws supplementary thereto and amendatory thereof, because all of the losses, damages, injuries, death and/or destruction resulting from the aforesaid incident occurred without the privity or knowledge of Petitioners.

IX.

On May 5, 2020, Petitioner C & G Boats, Inc. was put on written notice of a potential claim by Lopez through service of an Original Petition filed by Lopez. The May 5, 2020 service of process was the first written notice to Petitioner C&G Boats, Inc. of any claim arising out of the February 23, 2020 incident described herein.

X.

Petitioner M N M Boats, Inc. has not been put on written notice by Rolando Lopez of any potential claim arising out of the February 23, 2020 incident described herein.

XI.

On May 5, 2020, Petitioner C&G Boats, Inc. was served with an Original Petition naming C&G Boats, Inc. as a defendant on the basis of an allegation that C&G Boats, Inc. owned and operated the vessel *M/V Ms. Isabella Rose* in the matter styled "*Rolando Lopez v. C&G Boats, Inc. et al*" Docket Number C-695373, 19th Judicial District Court, Parish of East Baton Rouge, State

of Louisiana arising out of the February 23, 2020 incident described in the Original Petition as having occurred on or about February 26, 2020.

XII.

On April 28, 2020 and unbeknownst to Petitioners at the time, Rolando Lopez' suit was removed to the United States District Court in the Middle District of Louisiana by Quality Construction and Production, LLC.

XIII.

On May 19, 2020, Petitioner C&G Boats, Inc. filed its Original Answer to the Original Petition of Lopez denying the allegations of the plaintiff. C&G Boats, Inc. was not the legal owner or operator of the *M/V Ms. Isabella Rose* and did not employ the vessel crew or the plaintiff at the time of the incident alleged by Lopez as such was not a proper party as respects the allegations and causes of action asserted by Lopez.

XIV.

This Complaint-in-Limitation is filed within six (6) months of receipt of the May 5, 2020 service of the Original Petition on C&G Boats, Inc., which was the first written notice to Petitioner C&G Boats, Inc.

XV.

Venue is proper in this District pursuant to Rule F(9) Supplemental Rules for Certain Admiralty and Maritime Claims as the *M/V Ms. Isabella Rose* was located in this District at the time this Complaint for Exoneration from or Limitation of Liability was filed and that the legal owner of the subject vessel, M N M Boats, Inc., has not been sued with respect to Lopez' alleged claims.

XVI.

This is an admiralty and maritime action within the meaning of Rule 9(h). Jurisdiction is based on 28 U.S.C. §1333.

XVII.

All resultant losses or damages were not caused or contributed to in any way by the fault of *M/V Ms. Isabella Rose*, or of any persons for whose acts Petitioners are responsible, but on the contrary, were caused by the acts or omissions of others for whom Petitioners are not responsible, including Lopez.

XVIII.

The *M/V Ms. Isabella Rose*, had an estimated fair market value as of February 23, 2020 of THREE HUNDRED SIXTY-SEVEN THOUSAND NO/100 ($367,000.00) DOLLARS. The vessel went on- charter for the subject voyage on February 22, 2020 and at the time of the incident alleged by Lopez, had pending freight in the amount of $9100. Petitioners further aver that the amount of estimated claims alleged against it and the *M/V Ms. Isabella Rose* are unknown and may exceed Petitioners' interest in the *M/V Ms. Isabella Rose* and pending freight immediately following the casualty, if any.

XIX.

Petitioners will file an *ad interim* stipulation and security in the form of a Letter of Undertaking in the appropriate form with an approved corporate surety for the payment into Court in the amount of Petitioners' interest in the *M/V Ms. Isabella Rose*, together with interest at the rate of 6% per annum from the date of said stipulation and for costs; and in addition thereof, Petitioners are prepared to give additional security as may be ascertained and determined to be necessary under the orders of this Court and as provided by the laws of the United States and of

this Court. Petitioners specifically reserve the right to apply to this Court to reduce the amount of the *Ad Interim* Stipulation and the limitation fund in accordance with final evaluations and applicable statutes.

XX.

All and singular, the premises of this Complaint are true on information and belief and within the admiralty and maritime jurisdiction of this Court.

WHEREFORE, PETITIONERS pray:

1. That the Court enter an order approving the *ad interim* stipulation for the value of the *M/V Ms. Isabella Rose* and pending freight, if any, for the total amount of THREE HUNDRED SEVENTY-SIX THOUSAND ONE HUNDRED NO/100 ($376,100.00), plus interest at a rate of 6% per annum from the date of this Complaint.

2. That the Court issue notice to all persons asserting claims by reason of any loss, injury, death, expense or damage, occasioned or incurred by reason of the aforementioned incident, admonishing them to file their claims with the Clerk of this Court and to serve on the attorney for PETITIONERS a copy thereof on or before a date to be named in the Notice.

3. That the Court issue its injunction restricting the commencement and/or prosecution of any and all actions or suits or legal proceedings of any kind whatsoever against PETITIONERS, *M/V Ms. Isabella Rose* or their underwriters arising out of the aforementioned incident/casualty other than in the present action.

4. That this Court adjudge that PETITIONERS, together with the *M/V Ms. Isabella Rose* are not liable for any loss, injury, death, expense or damage or claim whatsoever in consequence of the aforementioned incident or alternatively that, if such liability ever existed, then

that it be limited to the value of Petitioners' interest in and to both the *M/V Ms. Isabella Rose*, together with charter hire or pending freight, if any pending at the time of the casualty.

    5.       That this Court grant such orders and further relief as justice and equity require.

Respectfully submitted,

ALLEN & GOOCH
A LAW CORPORATION

*/s/ Alan J. Meche*
ALAN J. MECHE (#30631)
P.O. Box 81129
Lafayette, Louisiana 70508-1129
Telephone: (337) 291-1480
Facsimile: (337) 291-1485
alanmeche@allengooch.com
Attorney for Petitioners C&G Boats, Inc.
and M N M Boats, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF M N M BOATS, INC. AS OWNER OF THE VESSEL *M/V MS. ISABELLA ROSE* AND C&G BOATS, INC. AS CHARTERER FOR EXONERATION FROM OR LIMITATION OF LIABILITY | § CIVIL ACTION NO.: § § § JUDGE: § § MAGISTRATE: |

## **VERIFICATION**

STATE OF LOUISIANA

PARISH OF LAFAYETTE

BEFORE ME, the undersigned Notary, personally came and appeared:

**ALAN J. MECHE**

who, after being duly sworn, did depose and say:

1. That he is the attorney for Petitioners C&G Boats, Inc. and M N M Boats, Inc. and that he has read the foregoing Complaint for Exoneration from or Limitation of Liability and knows the contents thereof, and that all and singularly, the allegations are true and correct to the best of his knowledge, information and belief; and

2. That the source of his knowledge and the grounds of his belief are statements, documents and information in the possession of Petitioners furnished to him by the employees or agents of said company.

_____
ALAN J. MECHE

Sworn to and subscribed before me this 4th day of November, 2020.

_____
NOTARY PUBLIC

KATHRYN J. MANN
Notary Public
ID Number 14193
My Commission is For Life

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
M N M Boats, Inc., as Owner and C&G Boats, Inc., as Charterer

### DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff: **Lafourche**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Allen & Gooch
Alan J. Meche
2000 Kaliste Saloom Rd., Suite 400
337-291-1480
Lafayette, La. 70508

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | PROPERTY RIGHTS | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [x] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | [ ] 345 Marine Product Liability | PERSONAL PROPERTY | LABOR | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | SOCIAL SECURITY | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) [ ] 863 DIWC/DIWW (405(g)) [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | Habeas Corpus: | [ ] 791 Employee Retirement Income Security Act | | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | FEDERAL TAX SUITS | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | IMMIGRATION | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | Other: [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application [ ] 465 Other Immigration Actions | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 550 Civil Rights [ ] 555 Prison Condition [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
46 U.S.C . § 30501, et seq.
Brief description of cause:
Limitation of Liability

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: Nov 4, 2020
SIGNATURE OF ATTORNEY OF RECORD: */s/ Alan Meche/*

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____