UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: IN THE MATTER OF          CIVIL ACTION
M N M BOATS, INC.

NO. 20-2992-WBV-KWR

SECTION: D (4)

## ORDER

For the reasons stated in the email correspondence exchanged between the Court and counsel for all parties on June 21, 2022, **IT IS HEREBY ORDERED** that the Final Pretrial Conference scheduled for July 21, 2022 at 12:00 p.m. is **RESET** for **Monday, August 1, 2022 at 10:00 a.m. (CST).**

**IT IS FURTHER ORDERED** that the parties shall file their joint, proposed pretrial order, in accordance with the Pre-Trial Notice (R. Doc. 53-1), by **12:00 p.m. on Friday, July 29, 2022.**

**IT IS FURTHER ORDERED:**

1. The parties shall have until **Monday, July 25, 2022 to** exchange and **file an electronic copy** of their <u>will-call</u> witness lists, indicating those witnesses they intend to call at trial in their cases in chief (no may-call witnesses will be allowed).  Counsel shall also confer and **advise the Court** of any witnesses who will appear at trial via Zoom video conference or via videotaped deposition.  Such witnesses on the will-call witness list shall be made available for use by all parties by the party who lists the witness.  **Any witness not listed thereon shall not be permitted to testify, except for rebuttal witnesses**.  Counsel shall comply with the Court's

previous orders regarding identification of witnesses. **Counsel shall be responsible for communicating the Court's COVID-19 safety protocols to their witnesses.**

2. The parties shall have until **Monday, July 25, 2022** to provide the Court with an electronic copy of any depositions, and objections thereto, that the parties intend to use at trial. The parties shall also submit one (1) document listing each deponent, the objections to each deponent's deposition designations, and a column for the Court's ruling on each objection. The parties should provide the Court with a written transcript of the deposition and, if applicable, a copy of the videotaped deposition, to the Court's email address, efile-Vitter@laed.uscourts.gov.

3. Counsel shall have until **Wednesday, July 27, 2022** to file an electronic copy of joint jury instructions and a joint verdict form. All joint submissions should be formatted with footnotes indicating objections, as discussed in the pretrial conference.

4. On or before **Friday, July 29, 2022**:

    i. Counsel shall file an electronic copy of joint special voir dire and joint special jury interrogatories, if any. All joint submissions should be formatted with footnotes indicating objections, as discussed in the pretrial conference.

    ii. Counsel shall confer and electronically file a joint statement of the case to be read to the jury venire. This statement should be brief,

      approximately 2-3 sentences, to give the venire an overview of the basis of the case.

   iii. Counsel shall provide the Court with an **electronic copy** of all numbered exhibits to be introduced at trial by sending them to the Court's email address, [efile-Vitter@laed.uscourts.gov](mailto:efile-Vitter@laed.uscourts.gov), in portable document format ("PDF"). Counsel shall also provide the Court with a thumb drive containing an electronic copy of their exhibits and the index thereto. Counsel shall also provide to the Court hard copies of **TWO identical bench books**. Counsel are to confer regarding exhibits to be included in the bench books. Those exhibits should be numbered sequentially with a single numbering system (not Plaintiff Exhibit #1, etc, and Defendant Exhibit #2, etc). Exhibits to which there are no objections shall be listed first on the index and placed in the front of the exhibit books. Exhibits to which there are objections shall be listed at the end of the index and placed at the back of the exhibit books.

5. Any objections to exhibits shall be listed in **one Motion in Limine** per party, which must be filed on or before **Friday, July 29, 2022**. The non-moving party has through **Monday, August 1, 2022**, to file a response to the motion. No reply briefs will be allowed.

6. Counsel shall exchange any demonstrative exhibits that they intend to use in opening statements by **12:00 p.m. on Friday, August 5, 2022**.

New Orleans, Louisiana, June 21, 2022.

*(signature)*
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**